[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Posan v. Boyer*, Slip Opinion No. 2026-Ohio-1898.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2026-OHIO-1898

POSAN, APPELLEE, *v.* BOYER ET AL., APPELLANTS.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Posan v. Boyer*, Slip Opinion No. 2026-Ohio-1898.]

*Cause remanded to court of appeals for application of* Hoskins v. Cleveland.

(No. 2025-0491—Submitted May 19, 2026—Decided May 27, 2026.)

APPEAL from the Court of Appeals for Summit County,

No. 31116, 2025-Ohio-529.

_____

The below judgment of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ.

BRUNNER, J., concurred in part and dissented in part and would dismiss the cause as having been improvidently accepted as to both propositions of law.

_____

{¶ 1} Sua sponte, as to proposition of law No. I, the judgment of the Ninth District Court of Appeals is reversed and the cause is remanded to that court for application of our decision in *Hoskins v. Cleveland*, 2026-Ohio-1225.

{¶ 2} As to proposition of law No. II, the cause is sua sponte dismissed as having been improvidently accepted.

————————————

Stark & Knoll and Orville L. Reed III, for appellee, Amanda Posan.

Hanna, Campbell & Powell, L.L.P., and Kenneth A. Calderone, James M. Lyons Jr., and John R. Chlysta, for appellants, William J. Boyer, Barberton Board of Education, and Barberton High School.

————————————